# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BYRON KEITH JOHNSON

NO. 2020 KW 1353

MARCH 2, 2021

---

In Re:   Byron Keith Johnson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-00644.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.** The record of the Clerk of Court of East Baton Rouge Parish reflects relator has been billed and arraigned for the charges at issue in his petition for a writ of habeas corpus. Therefore, a request for release under La. Code Crim. P. art. 701(B) is moot. See **State v. Varmall,** 539 So.2d 45 (La. 1989) (*per curiam*).

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT